IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:08cr60HTW-LRA

KENDREAL M. THOMPSON

ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses the Criminal Indictment against KENDREAL M. THOMPSON without prejudice.

Respectfully submitted,

STAN HARRIS
Acting United States Attorney

*s/Darren J. LaMarca* .
DARREN J. LAMARCA (MSB# 1782)

Assistant U.S. Attorney
188 E. Capitol St., Suite 500
Jackson, MS  39201-0101
TEL: (601) 973-2872

Leave of Court is granted for the filing of the foregoing dismissal.

ORDERED this 29th day of July, 2009.

s/ HENRY T. WINGATE
_____
UNITED STATES DISTRICT JUDGE